■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL GLENN, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Lange, J.), rendered November 2, 1990.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Bracken, J. P., Kunzeman, Eiber, Balletta and Ritter, JJ., concur.